

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Pleasant Grove Independent School District, Appellant<br><br>No. 06-19-00022-CV     v.<br><br>FieldTurf USA Inc. and Altech, Inc., Appellees | Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 15C1318-102). Opinion on Remand delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating. |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render a take-nothing judgment in favor of FieldTurf USA Inc.

We further order that the appellant, Pleasant Grove Independent School District, pay all costs of this appeal.

RENDERED JULY 1, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk